**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KATHERINE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>NANDO'S RESTAURANT GROUP, INC.<br><br>*Defendant*, | Case No.: 1:19-CV-7012 |

**PLAINTIFFS' UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

For the reasons stated in their accompanying Memorandum of Law, Plaintiff Katherine Martinez, on behalf of herself and the settlement class she seeks to represent, moves this Court to enter her proposed order and grant preliminary approval of this class action settlement. Defendant Nando's Restaurant Group, Inc. does not oppose this motion.

Dated: June 15, 2020

Respectfully submitted,

Katherine Martinez individually and on behalf of all others similarly situated,

By: <u>   /s/       David Fish   </u>
    One of Plaintiff's Attorneys

David Fish (dfish@fishlawfirm.com)
Mara A. Baltabols (mara@fishlawfirm.com)
THE FISH LAW FIRM, P.C.
200 East Fifth Avenue, Suite 123
Naperville, Illinois 60563