**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KATHERINE MARTINEZ, individually and behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:19-cv-07012 |
| v. | Honorable Sara L. Ellis |
| NANDO'S RESTAURANT GROUP, INC., | |
| Defendant. | |

**JOINT MOTION FOR ORDER UPON STIPULATION REGARDING
INADVERTENTLY OMITTED CLASS MEMBERS**

This Joint Motion for Order Upon Stipulation Regarding Inadvertently Omitted Class Members is presented by Plaintiff Katherine Martinez (on behalf of herself and all members of the Rule 23 Settlement Class), Defendant Nando's Restaurant Group, Inc., and counsel for Named Plaintiff. In support of this Joint Motion, the Parties state:

1. On June 22, 2020, the Court granted preliminarily approval to the Parties' Joint Stipulation and Class Action Settlement ("Settlement Agreement"), directed the Parties to send out notice to see if any class members objected to the settlement and scheduled a final approval hearing for October 28, 2020. [Doc. #43] The Parties promptly sent out notice to the 1,427 Class Members.

2. Defendant has since discovered that due to an archiving issue in its payroll system, it inadvertently omitted 372 individuals from the Settlement Class List, which was attached as Exhibit C to the Parties' Settlement Agreement. [Doc #41-1 at PageID #:240]. These 372 individuals ("Inadvertently Omitted Class Members") are listed on Exhibit A to this Motion.

3. The Parties recognize and agree that, had they been disclosed during the discovery process, these 372 Inadvertently Omitted Class Members would have properly fallen with the definition of

the Settlement Class of "all individuals who worked at a Nando's restaurant in Illinois and who enrolled in the fingertip scanning feature of the Point of Sale device at any Nando's location in the state of Illinois from May 20, 2015 to October 1, 2019."

4. The Parties jointly stipulate and agree that the Inadvertently Omitted Class Members should be provided an opportunity to receive a settlement payment consistent with the terms of the Parties' Settlement Agreement [Doc. 41-1]. Accordingly, the Parties agree that the Maximum Gross Settlement Amount in the Parties' Settlement Agreement shall be increased by $372,000 from $1,427,000 to $1,799,000 and that the Settlement Class List shall be amended to include the Inadvertently Omitted Class Members. The Parties further agree that that the Settlement Agreement shall be amended to reflect that the number of members in the Settlement Class shall be 1,799 and that the Net Settlement Fund shall be allocated equally among the 1,799 individuals in the Settlement Class. The Parties also agree that Section 2.1(d) of the Settlement Agreement shall be amended to reflect that within eighteen months of the Effective Date, Defendant shall pay into the Qualified Settlement Fund the amount of Four Hundred Forty Nine Thousand Dollars and No Cents ($449,000.00).

5. The parties jointly stipulate and agree that each of the Inadvertently Omitted Class Members who wishes to receive the settlement payment described in the Parties' Settlement Agreement should also be subject to and bound by a release and dismissal of claims consistent with the release provisions found in the parties' Settlement Agreement.

6. The Parties' Final Approval Hearing is currently set for October 28, 2020. As that was the date set forth on the 1,427 original notices, that Parties' desire to keep this date.

7. So long as the Court promptly rules on this Motion, the settlement administrator will be able to provide the Inadvertently Omitted Class Members 42 days to object or opt out and still

keep the October 28, 2020 Final Approval Hearing date.

8. Based upon the above, the parties jointly stipulate and respectfully request that the Court enter an order that:

    a. The Settlement Class List referred to in the Preliminary Approval Order be amended to include the Inadvertently Omitted Class Members.

    b. The Settlement Agreement is amended as reflected in this Joint Motion for Order Upon Stipulation.

    c. The Settlement Administrator promptly send the approved Notice to the Inadvertently Omitted Class Members, consistent with the Court's Preliminary Approval Order.

    d. The Inadvertently Omitted Class Members are afforded 42 days to opt out or object to the settlement.

Dated: September 4, 2020            Respectfully submitted,

| s/ | s/ |
|---|---|
| David Fish* | Patricia J. Martin* |
| John Kunze | **Littler Mendelson, P.C.** |
| Kimberly Hilton | 600 Washington Avenue, Suite 900 |
| Mara Baltabols | St. Louis, Missouri 63101 |
| **The Fish Law Firm, P.C.** | pmartin@littler.com |
| 200 East 5th Avenue, Suite 123 | (314) 659-2011 |
| Naperville, IL 60563 | |
| (630) 355-7590 | Kwabena A. Appenteng |
| dfish@fishlawfirm.com | Orly Henry |
| kunze@fishlawfirm.com | **Littler Mendelson, P.C.** |
| khilton@fishlawfirm.com | 321 North Clark Street, Suite 1000 |
| mara@fishlawfirm.com | Chicago, Illinois 60654 |
| | (312) 372-5520 |
| **Attorneys for Plaintiff** | kappenteng@littler.com |
| | ohenry@littler.com |
| | **Attorneys for Defendant** |

**Exhibit A**

**Inadvertently Omitted Class Members**

| | |
|---|---|
| Ahmed | Abbasi |
| Dahveed | Adams |
| Shamone | Adams |
| Kimberly | Alexander |
| William | Alverez |
| Aashin | Amin |
| Brandon | Amos |
| Berenice | Anaya |
| Miracle | Anderson |
| Constance | Anderson |
| Mitchell | Anderson II |
| Nicole | Arguello |
| Janessa | Avila |
| Ambur | Badford |
| Elena | Bakaluca |
| Jaizlyn | Baker |
| Tynazia | Baker |
| Tatiana | Balogun |
| merridian | banks |
| timothy | barfield |
| Rosario | Barrera |
| Caesar | Barrera |
| Elizabeth | Bartl |
| Catherine | Baskin |
| Cory | Bassam |
| Damarko | Bassett |
| Salvador | Bautista-Tiburcio |
| Ariana | Bekteshi |
| Inesse | Bencheikh |
| Odette | Benitez |
| Shekinah | Bennett |
| Danyelle | Benson |
| Carl | Benton |
| John | Beverly |
| Trisea | Bills |
| Leo | Blakemore |
| Ronald | Blanchette |
| Gavin | Blumenthal |

| | |
|---|---|
| Khalil | Bouchikhi |
| Jeffrey | Bowen |
| Jeff | Bradley |
| Brian | Brady |
| Ariel | Bragg |
| Ellington | Bramwell |
| Raygene | Brice |
| Julissa | Briones |
| Gabriela | Brockman |
| La Priest | Brown |
| Alex | Brumbaugh |
| Bernadette | Bunch |
| Demagea | Buntyn |
| Francisco | Bustos |
| Marcus | Cadette |
| Carlos | Carmona |
| Rafael | Caro |
| Arielle | Carr |
| Khalil | Carr |
| Giovanie | Casillas |
| Gustavo | Castaneda |
| Marvell | Castro |
| Alexandria | Charmoli |
| Kevyn | Christopher |
| juan | cielo |
| Guillermon | Cielo |
| Christopher | Cintron |
| Christopher | Clifton |
| Ronald | Confer |
| Gabriela | Contreras |
| John | Cooper |
| Francois | Cornelio |
| Ingrid | Corzo |
| Amber | Cowan |
| Karine | Cox |
| Gloria | Cruz |
| Matthew | Cunningham |
| Nikiya | Curling |
| Tawon | Dale |
| Rashuda | Dangerfield |
| Benjamin | Danneman- |

|            | Watters         |
|------------|-----------------|
| Justin     | Davidson        |
| Kenneth    | davis           |
| Ebony      | Davis           |
| James      | Davis           |
| Jacob      | de Waard        |
| Erwin      | Dedios          |
| Daisy      | Delgado         |
| Gustavo    | Delgado         |
| Alex       | DeSart          |
| Mark       | DiRienzo        |
| Mauricia   | Donald          |
| Ann        | Doppes          |
| Kiera      | Dotson          |
| James      | Douthard        |
| Jody       | Drzewiecki      |
| Jasmine    | Dupree          |
| Luis       | Durand          |
| kate       | egan            |
| Dawntaya   | Eggleston       |
| Natalia    | Eraci           |
| Alexis     | Esparza         |
| Maria      | Espinoza        |
| Jesus      | Esquivel        |
| Rossana    | Estrada-Beltran |
| Ishana     | Euring          |
| Erika      | Farias-Diaz     |
| Kristopher | Fintikis        |
| francisco  | flores          |
| Anthony    | Floro           |
| vincent    | fluker          |
| Deon       | Foster          |
| Tatianna   | Foster          |
| Denzel     | Fountaine       |
| Jonathan   | Fullman         |
| Gianna     | Galioto         |
| Blanca     | Gallardo        |
| bryan      | garcia          |
| Patricia   | Garcia          |
| Brandon    | Gavin           |
| Elena      | Gerk            |

| | |
|---|---|
| Kenyon | Gist |
| Kendall | Glennon |
| Colby | Glunt |
| Martae | Gohston |
| Maria | Gonzalez |
| Imad | Gordon |
| Katherine | Goss |
| Paige | Gowans-Smith |
| Penny | Grampton |
| Martrice | Grant |
| Katharine | Grathwol |
| James | Griffin |
| Saul | Gutierrez |
| Nykole | Guy |
| Sarah | Haggerty |
| DeAunna | Hammond |
| Rahiba | Haq |
| Jonathan | Hardy |
| Dilyleah | Harper |
| Corey | Harris |
| Calvin | Harris |
| Michael | Hatchett |
| Frances | Henderson |
| Irvin | Hernandez |
| Moises | Hernandez |
| Jorge | Hernandez |
| Nathaniel | Hill |
| Brendan | Hines |
| Lillian | Holden |
| Cinnamon | Hoskins |
| Javonte | Houston |
| Trayvonta | Houston |
| Jordin | Houston |
| james | hurms |
| Corey | Hutchen |
| Ashabi | Jackson |
| Kesean | Jarrett |
| david | jenkins |
| Keontrae | Johnson |
| Darnell | Johnson |
| Samuel | Jones |

| | |
|---|---|
| Terence | Jones |
| Timeka | Jones |
| brianna | jordan |
| James | Jordan |
| Precious | Kalenga |
| Alex | Kaptur Guzman |
| Alexandra | Kavanau |
| Keiara | Kelly |
| Anthony | Kennedy |
| Jenny | Kim |
| Cameron | Knox |
| Charles | Korban |
| Alia | Lahiani |
| manuel | laporte |
| Al | Laughlin |
| Karina | Lechuga |
| Jeriesha | Lee |
| Amanda | Lee |
| Anne | Leipold |
| Jeffery | Lenoir |
| Karola | Leverenz |
| Veronica | Levi |
| Gustavo | Lopez |
| Angel | Lopez Martinez |
| Bradly | Lowrey |
| Julius | Lucas |
| Michael | Lyon |
| Blakeney | Mack |
| Blakeney | Mack |
| Morgan | Macon-Riley |
| Javier | Maganda |
| Samantha | Mallett |
| Michelle | Marcy |
| Maria | Marin |
| Cody | Markham |
| Jamie | Markiewicz |
| Anthony | Marks |
| Javier | Martinez |
| Jesus | Martinez |
| Jayme | Massion |
| Sydnei | Matthews |

| | |
|---|---|
| Yazmine | Matthews |
| Bryan | Mayor |
| Michael | McCabe |
| Jazmine | Mcclain |
| Aaron | Mcdonald |
| Lauren | McGuire |
| Breanne | McWilliams |
| Eunice | Medina |
| Ingrid | Melendez |
| Darryl | Meneweather |
| Jamel | Miller |
| Jesus | Monsivais |
| Jaime | Montoya |
| ovirtus | moore-dunnon |
| Michael | Moran |
| Ulises | Moreno |
| Khyla | Morgan |
| Lionel | Morris |
| Aubrey | Muldrow |
| Brandi | Myles |
| David | Navor |
| Bailey | Neill |
| Jarett | Neuman |
| Lisa | Newton |
| Paris | Nguyen |
| Brianna | Nicks |
| Janvise | Noland |
| Akeila | Norood |
| Dragan | Novakovich |
| Sabiha | Nur |
| Ben | Obriecht |
| Ivan | Ocampo |
| Wallach | Ochart |
| ANTHONY | O'CONNELL |
| Jasmine | Ollins |
| Matthew | Olson |
| steve | o'neal |
| Juan | Ortega |
| Alex | Osorio |
| Francis | Owusu-Afriyie |
| Karoline | Pacheco |

| | |
|---|---|
| Victoria | Pancewicz |
| Johnnathen | paredes |
| Mario | Peerman |
| Dominique | Penn |
| Roberto | Peralta |
| Cieria | Perry |
| aaliyah | perryman |
| Angelica | Peterson |
| Alliyah | Phillips |
| Dominique | Phills |
| Stephanie | Platt |
| Richard | Porter |
| tracy | primm |
| Haley | Prosniewski |
| Dakarii | Pruitt-Glover |
| Dakarii | Pruitt-Glover |
| Sarah | Pryzgoda |
| Abraham | Ramirez |
| rogelio | ramirez |
| Norma | Ramirez |
| Brigitte | Ramirez |
| jorge | ramirez rodriguez |
| Milagros | Ramos |
| Natalie | Ramsey |
| Seniyah | Ray |
| Victoria | Razo |
| Jordyn | Reed |
| Santiago | Reyes |
| Emily | Rhea |
| Travis | Rhodes |
| dwayne | richardson |
| Sarah | Richmond |
| Omar | Rico |
| Darryll | Ridley |
| Crystal | Rios |
| Precious | Robinson |
| Troy | Robinson |
| Nakquet | Robinson |
| Juan | Roderiguez |
| Maricel | Rodriguez |

| | |
|---|---|
| Alejandra | Rodriguez |
| itzayana | Rodriguez |
| Miguel | Rodriguez |
| Camille | Rogers |
| Yahir | Romero |
| Chloe | Rubinowicz |
| Dennis | Ryce |
| Lincoln | Rzonca |
| julio | salazar |
| Hector | Saldana Jr |
| eric | salgado |
| Junior | Sanchez |
| Eduardo | Sanchez |
| Ajeet | Sandhu |
| Elyse | Santana |
| orlando | santos |
| Yolanda | Santoyo |
| Aaron | Sarabia |
| Terrell | Scott |
| Joshua | Scullark |
| shelby | seiter |
| Shanice | Selmon |
| Kandarp | Shah |
| Jason | Shelton |
| Allie | Shoemaker |
| Harini | Simhan |
| Andre | Simmons II |
| Andre | Simmons II |
| Vanessa | Sims |
| mannat | singh |
| Olivia | Skummer |
| chiyem | slaughter |
| Janean | Smith |
| Spencer | Smith |
| Adam | Smth |
| Adam | Smth |
| Darius | Snulligan-Stanley |
| Jose | Sosa |
| ivan | soto |
| Justin | spraggins |

| | |
|---|---|
| Keith | Steele |
| Heidi | Suazo |
| Husni | Sweiss |
| Nathan | Sykes |
| James | Szukala |
| Brandy | Takiguchi |
| Malik | Taleb |
| Arielle | Taylor |
| keithon | terry |
| Saliem | Tesfay |
| Michael | Thomas |
| Renata | Thompson |
| Meagan | Thompson |
| Sachi | Toepp |
| Rashun | Toomer |
| Maria | Trejo |
| Benjamin | Trestrail |
| Tierra | Tucker |
| Tiffany | Tucker |
| Danette | Tucker |
| Gerardo | Valencia |
| Alexander | Vasquez |
| Cristian | Velaskes |
| Hugo | Ventura |
| David | Villegas |
| Samuel | Vital |
| Tyshawn | Walsh |
| Lanell | Ware |
| Twyla | Ware |
| Royal | Washington |
| Ivan | Washington |
| Meaghan | Willette |
| Devin | Williams |
| Jrlani | Williams |
| Korey | Williams |
| Alisha | Williams |
| Kaylee | Williams |
| Lorenzo | Witherspoon |
| Damien | Woodard |
| Daniel | Woods |
| Shareef | Wright |

| | |
|---|---|
| Malcolm | Wright |
| Samesha | Young |
| Samtrail | Young |
| Thomas | Young |
| Veshawn | Young |
| V'osha | Young |
| Alexus | Young-Bey |
| Blake | Zebell |
| Abraham | Zepeda |

4852-0580-9610.1 104792.1002

13