**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KATHERINE MARTINEZ, individually and behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:19-cv-07012 |
| v. | Honorable Sara L. Ellis |
| NANDO'S RESTAURANT GROUP, INC., | |
| Defendant. | |

**AGREED ORDER**

This matter having come before the Court on the Joint Motion for Order Upon Stipulation Regarding Inadvertently Omitted Class Members presented by Plaintiff Katherine Martinez (on behalf of herself and all members of the Rule 23 Settlement Class) and Defendant Nando's Restaurant Group, Inc., IT IS ORDERED AS FOLLOWS:

The Court enters the Stipulation set forth in the parties' Joint Motion and authorizes the supplemental notice and amendments to the Settlement Agreement to include the Inadvertently Omitted Class Members.

Entered: September 9, 2020

_____
Hon. Sara L. Ellis