**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KATHERINE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>NANDO'S RESTAURANT GROUP, INC.<br><br>*Defendant*, | Case No.: 1:19-CV-7012 |

**PLAINTIFF'S MOTION TO STRIKE ECF 50 AND ECF 51**

Plaintiff Katherine Martinez ("Plaintiff"), by and through the undersigned counsel, hereby respectfully requests that the Court enter an order striking ECF 50 and ECF 51 from the docket.

1. On October 23, 2020, Plaintiff filed mislabeled documents at ECF 50 and ECF 51. The docket entries misidentified a motion for excess pages as a motion for final approval.

2. Plaintiff filed a *corrected* motion for excess pages and notice of motion at ECF 52 and 53.

**WHEREFORE**, Plaintiff Katherine Martinez respectfully requests that the Court enter an Order striking ECF 50 and 51 and further relief as the Court deems reasonable and just.

Dated: October 23, 2020

Respectfully submitted,

Katherine Martinez individually and on behalf of all others similarly situated,

By:   /s/    Mara Baltabols
       One of Plaintiff's Attorneys

Mara A. Baltabols (mara@fishlawfirm.com)
THE FISH LAW FIRM, P.C.
200 East Fifth Avenue, Suite 123
Naperville, Illinois 60563
docketing@fishlawfirm.com

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Plaintiff's Motion to Strike ECF 50 and 51** was served via ECM/CF filing system on October 23, 2020 to all counsel of record.

Date: October 23, 2020          Respectfully Submitted,

                  /s/ *Mara Baltabols*

                  David Fish (dfish@fishlawfirm.com)
                  Mara Baltabols (mara@fishlawfirm.com)
                  **THE FISH LAW FIRM, P.C.**
                  200 East Fifth Avenue, Suite 123
                  Naperville, Illinois 60563
                  630.355.7590
                  630.778.0400
                  docketing@fishlawfirm.com