IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHERINE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>NANDO'S RESTAURANT GROUP, INC.<br><br>*Defendant*, | Case No.: 1:19-CV-7012 |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons stated in their accompanying Memorandum of Law, Plaintiff Katherine Martinez, on behalf of herself and the settlement class she seeks to represent, moves this Court to enter her proposed order and grant final approval of this class action settlement. Defendant Nando's Restaurant Group, Inc. does not oppose this motion.

Dated: October 26, 2020

Respectfully submitted,

Katherine Martinez individually and on behalf of all others similarly situated,

By: ___/s/____David Fish____
 One of Plaintiff's Attorneys

David Fish (dfish@fishlawfirm.com)
Mara A. Baltabols (mara@fishlawfirm.com)
THE FISH LAW FIRM, P.C.
200 East Fifth Avenue, Suite 123
Naperville, Illinois 60563
docketing@fishlawfirm.com

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Plaintiff's Motion for Final Approval** was served via ECM/CF filing system on October 26, 2020 to all counsel of record.

Date: October 26, 2020          Respectfully Submitted,

    /s/ *David Fish*

    David Fish (dfish@fishlawfirm.com)
    Mara Baltabols (mara@fishlawfirm.com)
    **THE FISH LAW FIRM, P.C.**
    200 East Fifth Avenue, Suite 123
    Naperville, Illinois 60563
    630.355.7590
    630.778.0400
    docketing@fishlawfirm.com